E-FILED
Friday, 24 April, 2020  01:48:04 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAMES RUSSIAN | ) | Case No. |
| | ) | 20-MJ-7069 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 14 -24, 2020___ in the county of ___Douglas and elsewhere___ in the ___Central___ District of ___Illinois___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor |
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kurt Bendoraitis

☑ Continued on the attached sheet.

*s/Kurt Bendortaitis*

*Complainant's signature*

Kurt Bendortaitis, Special Agent, FBI

*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>electronic mail and telephone</u>.

s/Eric I. Long

Date: ___04/24/2020___

*Judge's signature*

City and state: ___Monticello, Illinois___      Eric I. Long, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT

Kurt Bendoraitis, Special Agent, being duly sworn on oath states as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251(a), 2252A, and 2422(b) which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.      This Affidavit is made in support of a criminal complaint to arrest **James Russian**, a 55 year old white male born in November 1964, for violations of federal law involving minors, specifically, Title 18, United States Code, Sections 1591 (sex trafficking), 2422 (enticement), and 2251(sexual exploitation).

## <u>STATUTORY AUTHORITY</u>

3.     This investigation concerns alleged violations of Title 18, U.S.C. § 2251(a),

relating to material involving the sexual exploitation of minors, § 1591 involving sex

trafficking of minors, and § 2422(b) involving enticement of minors:

a.   **Sexual Exploitation of a Minor:** This investigation also concerns alleged
violations of **18 U.S.C § 2251(a)** prohibits any person from employing,
using, persuading, inducing, enticing, or coercing any minor to engage in,
or having a minor assist any other person to engage in, any sexually explicit
conduct for the purpose of producing any visual depiction of such conduct
if such person intends the visual depiction to be transported in interstate or
foreign commerce, by any means, including by using any means or facility
of interstate or foreign commerce or mail, or the person transports such
visual depiction in interstate or foreign commerce, by any means, including
by using any means or facility of interstate or foreign commerce or mail.

b.   **Sex Trafficking of Minors**: This investigation also concerns alleged
violations of **18 U.S.C § 1591**, sex trafficking of minors specifically making
it unlawful for anyone who knowingly in or affecting interstate or foreign
commerce, recruits, entices, harbors, transports, provides, obtains,
advertises, maintains, patronizes or solicits by any means, a person or
benefits, financially or by receiving anything of value, from the
participation in a venture, knowing or in reckless disregard of the fact that
the person had not attained the age of 18 and will be caused to engage in a
commercial sex act, and attempts and conspires to do the same.

c.   **Enticement of Minors**:  This investigation also concerns alleged violations
of **18 U.S.C. § 2422(b)**, which makes it unlawful for a person who uses the
mail or any facility or means of interstate or foreign commerce, or within
the special maritime and territorial jurisdiction of the United States
knowingly persuades, induces, entices, or coerces any individual who has
not attained the age of 18 years, to engage in prostitution or any sexual
activity for which any person can be charged with a criminal offense, or
attempts to do the same.

### INVESTIGATION

4.      On April 14, 2020, an FBI Online Covert Employee (OCE) was conducting an undercover operation on the Craigslist online marketplace to identify people attempting to sexually exploit minors. OCE posted an advertisement in the Missed Connections section titled "Looking to Share." The advertisement had text "Single dad looking to share my ta booh fetish with another like minded. Real inquires only. Hmu"

5.      On April 14, 2020, a user responded, via Craigslist email relay system, to the advertisement posted by OCE. The user had a display name, "James Russian" (hereinafter "**SUBJECT**"). (The Craiglist Email relay system allows users to respond, via email, to advertisements but does not reveal the users actual email address to the other user.) The **SUBJECT** replied to the email and the following is an excerpt of the conversation:

> **SUBJECT**: Hey man I saw your post on craigslist today, what's your fetish, hmu and let me know
>
> OCE: I'm into incest and sharing mine. What you into?
>
> **SUBJECT**: What are you sharing
>
> OCE: Well I got 2 kids
>
> **SUBJECT**: Girls?
>
> OCE: My youngest is a girl
>
> **SUBJECT**: Okay so what are you sharing
>
> OCE: I'm sharing my kids.
>
> **SUBJECT**: How old is your daughter
>
> OCE: Kind of nervous to stay. Shes really yng
>
> **SUBJECT**: That's cool man I understand, I would love to sniff her little pussy in her panties and jack off with her panties

3

**SUBJECT**: Hope I didn't freak you out by saying that

OCE: You definitely didn't freak me out! I would love to share my dau. Shes 8yo. I hope that doesn't freak you out

**SUBJECT**: Hell no bro I love little bald pussy

**SUBJECT**: Do you have a pic of your daughter that you can send

OCE: Awesome! What kind of pic you looking for?

**SUBJECT**: Idk can you take a pic of her little pussy and send it

OCE: Yea but it will have to wait for alittle but. Shes outside playing with the neighbors now. You got any pics to trade

**SUBJECT**: Just so you know I'm NOT A COP OKAY!!!  I live here in Illinois, I don't know how to send pics through email. My number is 1-217-[XXX]-3379 if you want to trade some pics hmu on my number

6.      Beginning at about 6:04 p.m., the OCE then texted telephone number 217-[XXX]-3379 and the conversation continued:

OCE: Hey I'm from cl. I got the sexy 8 dau lol 6:04 PM

OCE: Heres one pic for ya to hold ya off till she comes back inside 6:04 PM

OCE: [photograph of OCE's purported daughter. Picture depicted a female approximately eight to ten years old lying on her back with a tank top shirt on with the shirt pulled up to expose her bully button. The photograph is from the neck to the waist.] (Photograph was not a real child) 6:06 PM

OCE: Let's see something from you 6:06 PM

**SUBJECT**: Okay cool bro 6:06 PM

OCE: I'm not a cop either if you couldn't tell from the pic lol 6:06 PM

**SUBJECT**: I have a huge panty fetish so all of the pics I have, have to do with panties is that okay 6:07 PM

OCE: That's cool with me 6:08 PM

**SUBJECT**: [sent three photographs of a female approximately 18 to 25 years old with one of them exposing her vagina with something hanging out of it] 6:09 PM

4

**SUBJECT**: I actually bought panties from that girl 6:10 PM

**SUBJECT**: Got a question for you, does your daughter actually fuck 6:12 PM

OCE: Yea she does 6:20 PM

OCE: And yourbpics are sexy but alittle old for me 6:20 PM

**SUBJECT**: I wish I could fuck your daughter!!!!!!!! 6:21 PM

**SUBJECT**: Do you think you'll be able to take some pics of her pussy? 6:22 PM

OCE: Yea I think so. 7:12 PM

OCE: And you can fuxk her pussy. Are you close to Peoria 7:13 PM

**SUBJECT**: I wish I was bro I'm over in Champaign Urbana 7:14 PM

OCE: Dang, I means its not that far away 7:15 PM

**SUBJECT**: Can you take a couple pics of some of her panties 7:15 PM

OCE: I can do that rn. Hold on a sec 7:16 PM

**SUBJECT**: Cool send me a few pics 7:17 PM

OCE: [image of only teal colored underwear] 7:18 PM

OCE: I'm making dinner rn. Hmu alittle later. Let me know if you got the pic 7:18 PM

**SUBJECT**: Yeah I got it, I'd love to jack off in her panties and cum in her panties then have her wear my cum against her pussy in those panties 7:19 PM

**SUBJECT**: What's going on 9:08 PM

7.      The conversation continued on April 15, 2020:

**SUBJECT**: If we could get together could I really fuck your 8 yr old daughter? 10:42 AM

OCE: Yea you can 10:43 AM

OCE: I love to watch her 10:43 AM

**SUBJECT**: Okay cool just wondered, would you mind watching me fuck your daughter while I'm wearing a pair of her panties, just curious? 10:45 AM

OCE: That would be sexy to watch 10:46 AM

5

**SUBJECT**: Cool just wondered, I know it sounds weird but my cock gets so fucking hard wearing panties 10:47 AM

OCE: I dont think it's weird. As long as you dont think it's weird I fuck my daughter lol 10:48 AM

**SUBJECT**: You're cool bro, I'd love to wear a pair of your daughters little panties and fuck her! 10:49 AM

OCE: That would be so fucken hot 10:50 AM

OCE: Are you off work cause of this covid shit 10:50 AM

**SUBJECT**: Yes I am 10:51 AM

**SUBJECT**: Did you get a chance to try to take a couple pics of her little pussy? 10:53 AM

OCE: Not yet, I can try now though 10:53 AM

OCE: What kind of pic you want 10:53 AM

**SUBJECT**: It would be cool if I could see her pussy in her little panties 10:54 AM

**SUBJECT**: Btw what's your name 10:55 AM

OCE: I'm Conner, what's yours 10:56 AM

**SUBJECT**: I'm Jim 10:56 AM

OCE: Nice to meet you 10:57 AM

**SUBJECT**: You too bro 10:57 AM

OCE: I'm getting her in position now 10:59 AM

**SUBJECT**: Cool bro 11:00 AM

OCE: I got one but I gotta be honest. I can't send this for nothing. I need something to know your legit about coming over and fucking her 11:04 AM

**SUBJECT**: What do you want 11:05 AM

OCE: Well usually I charge 200 for an hour with her or 100 if I get to watch but cause this pandemic I just really want to watch so I'll give it for free 11:06 AM

OCE: But for this either venmo me like 3 bucks so I know your legit and we can call that even. I dont care bout the money 11:07 AM

OCE: Just want to make sure your real cause it scares the shit out of me to send nudes ofindsey6 11:07 AM

OCE: Lindsey*** 11:07 AM

**SUBJECT**: Would it be cool if I actually called you to talk about this? 11:12 AM

**[. . .]**

**SUBJECT**: You you like to show your daughter a pic of me wearing sexy panties? 12:20 PM

**SUBJECT**: (Would you) 12:21 PM

OCE: Yea 12:37 PM

OCE: I'll show her that 12:37 PM

**SUBJECT**: Okay just wondered I'll think about it 12:38 PM

OCE: It would be nice for to see what shell be getting later 12:40 PM

**SUBJECT**: Okay cool like I said let me think about it 12:42 PM

**SUBJECT**: What kind of pic could you send me in exchange for me sending a pic of me wearing panties 1:07 PM

OCE: Nothing really. It doesnt do anything for me. It just helps you to make sure shes good with you being with her 1:08 PM

**SUBJECT**: Oh okay 1:09 PM

**[. . .]**

OCE: Send me a pic of you holding your hand like   then I'll send the pussy pic I took for you 2:51 PM

**SUBJECT**: [Photograph of a hand making the "rock on" sign with a room in the background] 2:52 PM

OCE: Do you have a secure way for me to send this? 2:56 PM

**SUBJECT**: Right here to my phone, NOBODY USES MY PHONE 2:57 PM

OCE: Yea but the phone company can save picture messages 3:00 PM

OCE: You got dropbox? 3:00 PM

**SUBJECT**: No I don't 3:02 PM

OCE: That's the only secure way I jnkw. I think if I just send the link you should be able to still like use chrome to view it 3:05 PM

**SUBJECT**: Well okay let's try it 3:07 PM

OCE: Lemme send the link 3:11 PM

**SUBJECT**: Okay 3:12 PM

OCE: [dropbox link containing purported image] (Dropbox link does not contain a real image) 3:15 PM

OCE: There's the link 3:15 PM

**SUBJECT**: [image of corrupted file from Dropbox link. The title of the image was "PussyShot"] That is the only thing I can see! 3:18 PM

OCE: That's not right! It shows up on mine 3:19 PM

OCE: Are you opening in chrome or the dropbox app 3:19 PM

**SUBJECT**: In chrome 3:20 PM

**[. . .]**

**SUBJECT**: Cool I still wish I could see her little pussy 3:47 PM

OCE: Me too. I can take another one later and save it differently and see if that helpsnif you want 3:52 PM

**SUBJECT**: It's up to you 3:53 PM

OCE: Sounds good. Well if you wanted to come over sometime and see in person maybe we could make that work 3:54 PM

**SUBJECT**: Can you call me 3:55 PM

OCE: My bros still over. I dont want him hearing our convo 3:55 PM

**SUBJECT**: Okay cool just call me when you can 3:56 PM

**SUBJECT**: I want to actually talk with you about that 3:56 PM

8.     The conversation continued from April 16, 2020 through April 22, 2020. At times the conversation contained other topics and was not always sexual in nature. The following will be multiple excerpts from the communications:

8

April 16, 2020:

**SUBJECT**: Let me say this and get it off my chest, when I fuck your daughter panties have to be involved, either me wearing my panties OR me wearing your daughters panties, I would rather wear your daughter's panties when I fuck her 8:44 AM

OCE: You can definitely do that 9:19 AM

OCE: You can take the panties she brings and wear them 9:19 AM

**SUBJECT**: Awesome man, I want to keep her panties so I can sniff her little pussy in her panties and jack off with her panties for a later time! 9:21 AM

**SUBJECT**: I want to wear these panties of hers when I fuck her! 9:23 AM

OCE: Fuck yea! That's good with me 9:23 AM

**SUBJECT**: Awesome bro! 9:24 AM

OCE: Her panties are gonna be alittle tight lol 9:25 AM

**SUBJECT**: That's okay with me I don't care, I just want to wear her panties when I fuck her! 9:26 AM

OCE: That's gonna be hot! 9:27 AM

**SUBJECT**: I want her to see me wearing her panties when I fuck her 9:27 AM

OCE: Hell yea she will see 9:29 AM

**SUBJECT**: I can't wait to feel her little pussy around my cock 9:30 AM

OCE: Its gonna feel so good 9:31 AM

OCE: How you gonna work with the hard on you prob got right now lol 9:31 AM

**SUBJECT**: Just make sure she is wearing those panties when we get together, I want to take her panties off and make her watch me put her panties on before I fuck her 9:33 AM

April 17, 2020

**SUBJECT**: I'm going to be straight up honest with you, I don't drive because of a DUI I got a few years ago, I was just wondering if you and your daughter would feel like coming to me so I can fuck her, I don't care about the panties, even

9

though I would prefer to wear her panties when I fuck her, if you're not cool with that I totally understand!!! 12:40 PM

OCE: I can make that happen. Would you pay me for the gas to get there? 12:41 PM

**SUBJECT**: Absolutely bro!!!!! 12:42 PM

**SUBJECT**: I would even give you some money for letting me keep her panties so I can sniff her pussy in her panties and jack off with her panties!!! 12:43 PM

OCE: I'm good with that! 12:44 PM

**SUBJECT**: Awesome bro, make sure she is wearing these panties so I can take them off of her, have her watch me put her panties on before I fuck her! 12:46 PM

**[. . .]**

**SUBJECT**: Just saying bro, my cock gets so fucking hard wearing panties, my cock is going to be so fucking hard wearing your daughters panties while I'm fucking her!!! 1:58 PM

**SUBJECT**: I'll make you a better deal, you know I'm going to keep the panties I'm wearing when I fuck your daughter, if you can take a pic of another pair of her cutest panties I'll be more than happy to give you 50 bucks to come to me and let me keep another pair of your daughters panties to sniff her pussy in them and jack off with them! 2:02 PM

OCE: So you want two pairs if her panties? For 50 I'm good with that 3:28 PM

**SUBJECT**: Cool bro, can you take a pic of the cutest pair of her panties and send it to me? 3:29 PM

April 17, 2020

**SUBJECT**: Remember what you had me do the other day with my hand to prove to you that I'm not a cop, do the same thing for me! 5:40 PM

**SUBJECT**: ??? 6:21 PM

OCE: [image depicting a female child approximately eight to ten years old kneeling next to a bed and holding a phone. A man's hand can be seen making the "rock on" sign] (Image was not a real child) MMS Sent 7:03 PM

OCE: Like that? 7:05 PM

**SUBJECT**: Okay cool bro!!! 7:05 PM

April 18, 2020

**SUBJECT**: I'm wearing those little pink panties today, I stole those panties from my friends 10 year old daughter, I love wearing her little pink panties just knowing her little pussy has been in these panties, I stole all 3 pairs of these panties from her 11:18 AM

**SUBJECT**: Yeah only delivery 11:19 AM

OCE: That's so fucken sexy!!!!! 11:19 AM

OCE: Does she knw you steal them? 11:19 AM

OCE: Are they clean or dirty lol 11:20 AM

**SUBJECT**: No she doesn't know I stole her panties from her, they were all clean panties 11:20 AM

OCE: Sweet! 11:21 AM

OCE: You ever sneak sexy pics of her? 11:21 AM

OCE: I'm getting hard thinking bout it lol 11:22 AM

**SUBJECT**: I wish I could but I haven't taken any pics of her, I wish I could of got a pair of her dirty panties so I could sniff her little pussy in her panties 11:23 AM

OCE: That's so hot! 11:24 AM

OCE: I'm guessing your buddy doesn't know? 11:24 AM

**SUBJECT**: Hell no he doesn't know I stole his daughters panties from her 11:26 AM

OCE: Lol it could be hot if he was into it 11:27 AM

**SUBJECT**: Yeah but he's not 11:27 AM

**SUBJECT**: I'm starting to obsess with your daughter, every time I wear panties and jack off with panties I'm always thinking about fucking your daughter and cumming in her pussy!!! 11:29 AM

OCE: Fuck yea! I'm getting so hard thinking bout it too 11:30 AM

11

**SUBJECT**: I know you're probably getting tired of me saying this, but omfg I want to wear her little panties when I'm fucking your daughter!!! 11:31 AM

OCE: I'm not tired of it at all! I've been thinking bout it alot too 11:32 AM

**SUBJECT**: You said something the other day about being able to take some pics of your daughter, I was just wondering if you would feel like taking some pics of me and your daughter fucking using my phone? 11:34 AM

**SUBJECT**: No face pics!!!!! 11:38 AM

OCE: Yea I can do that 11:38 AM

OCE: Just not gonna have her face if that's cool 11:38 AM

**SUBJECT**: That's fine bro 11:39 AM

**SUBJECT**: Cool bro I would like to get some pics of her in her panties and a pic of her sitting on my lap with my cock sticking out of her panties and in her pussy 11:41 AM

**SUBJECT**: So basically I would love to have a pic of me wearing her panties and fucking her :) 11:45 AM

OCE: Yea! I can definitely take those 11:47 AM

OCE: Those will be pretty fucken sexy 11:47 AM

**SUBJECT**: Ikr this won't be the first time I've worn panties and fucked a girl, I used to wear panties and fuck my ex girlfriend 11:49 AM

April 20, 2020

**SUBJECT**: Ikr not a bad deal, I'd love to have a pic of a pair of panties IN your daughters pussy but I don't want it to hurt her in any way!!! 2:36 PM

OCE: Well we can definitely try it. Might need to only put some of it in 2:37 PM

**SUBJECT**: I've got this pair of little thong panties that I got from a lady in Omaha, since they are so small maybe I can stuff the crotch of these panties in her little pussy and get a couple pics of that 2:43 PM

**SUBJECT**: Did your daughter really like seeing that pic of me wearing those pink panties from Victoria secret? 2:50 PM

12

OCE: Yea we can definitely try that and its good that it's small and yea she did. Shes never seen that before 2:55 PM

**SUBJECT**: Okay cool bro, show her this pic of me wearing panties 2:57 PM

OCE: I'll show her, give me a minute 2:59 PM

**SUBJECT**: Okay 2:59 PM

OCE: She liked it but liked the pink ones better 3:15 PM

**SUBJECT**: Okay that's cool bro, I actually love wearing pink panties 3:16 PM

OCE: Can you send that last pic to my email [OCE's email address]? Lindsey wanted to see it alittle bigger but my phones screen sucks lol. If not no problem 3:46 PM

OCE: She liked the designs in them but my phone can't really see the. 3:50 PM

**SUBJECT**: I can try bro 3:51 PM

**SUBJECT**: Okay I just sent that panty pic to your email, let me know if you got it 3:53 PM

OCE: I got it. Thank you. I almost think she likes this one more but likes the brightness of the pink ones 3:55 PM

**[. . .]**

**SUBJECT**: Right on bro, I'm going to try to take as many pics of Lindsey's pussy in panties when we get together, I hope you will still take a couple pics of me wearing her panties when I'm fucking her!!! 6:48 PM

OCE: Yea definitely! I'll do my best to hold the camera steady lol 6:49 PM

OCE: Do you have like a tripod or something 6:49 PM

**SUBJECT**: No I don't you'll just have to use my phone to take the panty pics of us, I'll show you how to do it when we get together 6:51 PM

OCE: Cool that sounds good 6:53 PM

OCE: I hope your phone has a good camera lol 6:53 PM

**SUBJECT**: It does I take pretty good pics of me wearing panties 6:54 PM

9.      The conversation continued through April 22, 2020. On April 22, 2020, **SUBJECT** asked OCE if OCE would be available to come over to **SUBJECT**'s house tonight. OCE and **SUBJECT** agreed that **SUBJECT** would pay 25 dollars to OCE for gas money and OCE would bring Lindsey (OCE's purported eight year old daughter). **SUBJECT** told OCE that **SUBJECT** received his income tax check today and was able to get the 25 dollars for OCE. **SUBJECT** asked if Lindsey had any "peach fuzz" on her vagina. **SUBJECT** wanted OCE to call him because **SUBJECT** was walking and it was hard to text. An FBI Undercover Employee (UCE) then called **SUBJECT**. **SUBJECT** told UCE to just come to his house and UCE told **SUBJECT** UCE would rather meet somewhere close by to ensure **SUBJECT** had the money. OCE then texted **SUBJECT** and stated OCE will just come over to **SUBJECT**'s house. **SUBJECT** then told OCE to call him again for the directions. UCE called **SUBJECT** again and **SUBJECT** stated his address was on the 400 block of N. Niles, Tuscola, IL. **SUBJECT** also sent an image of multiple twenty dollar bills to prove he had the money. **SUBJECT** then stated "I can't wait to wear her panties and play with her pussy!"

10.     An FBI administrative subpoena was sent to Verizon Wireless for subscriber data for telephone number 217-[XXX]-3379. Verizon Wireless provided the following: Subscriber was James Russian, address on the 400 block of N. Niles Avenue, Tuscola, IL.

11.     Open source database checks revealed a James M. Russian, a 55 year old male born in November, 1964, and home address on the 400 block of N. Niles Avenue,

Tuscola, IL. Russian's criminal history was obtained and showed Russian had a revoked driver's license and had an arrest for Driving under the Influence.

12.      On April 23, 2020, United States Magistrate Judge Eric I. Long authorized the search of Russian's residence on N. Niles Avenue, in Tuscola, Ill.

13.      On April 24, 2020, law enforcement agents executed the warrant and located James Russian in the residence. Agents located Russian at the residence along with his roommate, T.K. Russian answered the door, and after being advised of the federal warrant immediately complained of chest pains and was transported to an area hospital for evaluation. Agents located Russian's Samsung cellphone in his bedroom.  I called 217-[XXX]-3379, the telephone number I knew from my investigation to be attributable to the target of this investigation and Russian's telephone rang, the name of contact was listed as, "Connor Lindsey" (the OCE's profile's name and purported daughter's name).

14.      Agents also located a small dresser containing female underwear, including youth female underwear, in Russian's bedroom and a package of Skittles candy that Russian discussed giving to "Lindsey" when they met.

15.      I spoke to Russian at Carle Hospital.  After being properly advised, Russian agreed to speak with us.  He admitted that 217-[XXX]-3379 was this telephone number. He admitted to chatting with the OCE about arranging for a sexual encounter with an eight year old girl.  He further admitted to requesting photographs of the minor's genitals and sending pictures of himself wearing underwear. He denied having a sexual interest

in minors and said that if the father and daughter showed up to his residence he would

have called the police.

FURTHER AFFIANT SAYETH NOT.


*s/Kurt Bendoraitis*
_____

Kurt Bendoraitis, FBI Special Agent


Attested to by the application in accordance with the requirements of Fed. R. Crim. P.
4.1 by telephone this 24th day of April 2020.

s/Eric I. Long


_____         _____

Eric I. Long, Magistrate Judge
United States District Court

16